UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL D. NEFF,<br><br>   Plaintiff,<br><br>v.<br><br>MURIEL BOWSER, *et al.*,<br><br>   Defendants. | Civil Action No. 20-03531 (KBJ) |

## STIPULATION OF PARTIAL DISMISSAL

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff voluntarily dismisses and relinquishes his request for monetary damages in connection with the claims in his Amended Complaint, with prejudice. Defendants consent and stipulate to plaintiff's voluntary dismissal of his request for monetary damages, with prejudice. Plaintiff is retaining his requests for declaratory and injunctive relief.  The Parties further stipulate that each party will bear any costs or fees it has incurred or may incur in connection with the above-captioned action.

Dated:  March 31, 2021.      Respectfully submitted,

/s/ Carl D. Neff         KARL A. RACINE
CARL D. NEFF [#987577]     Attorney General for the District of Columbia

1521 Concord Pike       */s/ Fernando Amarillas*
Suite 301           FERNANDO AMARILLAS [974858]
Wilmington, DE 19803      Acting Deputy Attorney General
(302) 482-4244         Public Interest Division
cdneff@protonmail.com

*Plaintiff Pro Se*

/s/ Mateya B. Kelley
MATEYA B. KELLEY [888219451]
MICAH BLUMING [1618961]
Assistant Attorneys General
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 724-7854
Fax: (202) 730-0626
mateya.kelley@dc.gov
micah.bluming@dc.gov
andy.saindon@dc.gov

*Attorneys for Defendants*