UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL D. NEFF,<br><br>   Plaintiff,<br><br>v.<br><br>MURIEL BOWSER, *et al.*,<br><br>   Defendants. | Civil Action No. 20-03531 (KBJ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff voluntarily dismisses all remaining claims in his Amended Complaint. Defendants consent and stipulate to plaintiff's dismissal. The Parties further stipulate that each side will bear any costs or fees it has incurred in connection with the above-captioned action.

Dated: May 21, 2021.

/s/ Carl D. Neff
CARL D. NEFF [#987577]
1521 Concord Pike
Suite 301
Wilmington, DE 19803
(302) 482-4244
cdneff@protonmail.com

*Plaintiff Pro Se*

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Acting Deputy Attorney General
Public Interest Division

/s/ Mateya B. Kelley
MATEYA B. KELLEY [888219451]
MICAH BLUMING [1618961]
Assistant Attorneys General
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
Equity Section

400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 724-7854
Fax: (202) 730-0626
mateya.kelley@dc.gov
micah.bluming@dc.gov
andy.saindon@dc.gov

*Attorneys for Defendants*